IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GE CAPITAL COMMERCIAL, INC.**                                                    PLAINTIFF

v.                              No. 3:15-cv-247- DPM

**BLAND FAMILY FARMS, LLC;**
**SARAH BLAND; and JAMEY BLAND**                                              DEFENDANTS

## ORDER

1. GE Capital seeks judgment against Bland Family Farms, Sarah Bland, and Jamey Bland, jointly and severally, for the balance due on several loans. Bland Family Farms borrowed the money. Sarah and Jamey Bland guaranteed payment. When Bland Family Farms defaulted, GE Capital sent a demand letter to all three parties threatening to accelerate the loans. No one paid. GE Capital accelerated. The Blands turned over the collateral securing the loans. GE Capital has sold some of it. Bland Family Farms and the Blands were properly served in August 2015. *№ 3, 4, and 5.* More than three months have passed. None of them has answered or appeared. The Clerk has entered a default. *№ 8.* Now GE Capital moves for a default judgment.

2. GE Capital's motion, *№ 9*, is granted. No hearing is needed — the amount of liability is clear from the record facts in this dollars-and-cents case. FED. R. CIV. P. 55(b)(2); *Taylor v. City of Ballwin, Missouri*, 859 F.2d 1330, 1333

(8th Cir. 1988); *United States v. Gant*, 268 F. Supp. 2d 29, 32 (D.D.C. 2003). The amount due on each loan as of 28 October 2015, accounting for sold collateral, was:

**Loan No. 15004**
| | |
|---|---|
| Principal: | $110,614.83 |
| Interest: | $12,559.89 (accruing at $52.33 per day) |
| Repossession costs: | $1,746.96 |
| Late Charges: | $1,090.10 |
| Total: | $126,011.78 |

**Loan No. 62001**
| | |
|---|---|
| Principal: | $272,901.33 |
| Interest: | $28,673.72 (accruing at $39.47 per day) |
| Repossession costs: | $8,876.32 |
| Late Charges: | $2,457.10 |
| Phone payment: | $10.00 |
| Collateral proceeds | ($197,031.00) |
| Total: | $115,851.47 |

**Loan No. 25001**
| | |
|---|---|
| Principal: | $78,654.45 |
| Interest: | $6,784.68 (accruing at $7.07 per day) |
| Repossession costs: | $5,131.07 |
| Late Charges: | $700.50 |
| Collateral proceeds: | ($68,600.00) |
| Total: | $22,670.70 |

**Loan No. 12001**
| | |
|---|---|
| Principal: | $216,111.28 |
| Interest: | $27,002.41 (accruing at $102.28 per day) |
| Repossession costs: | $3,493.92 |
| Phone payment: | $10.00 |
| Late Charges: | $2,437.93 |
| Total: | $249,055.54 |

Interest on the total has accrued at $201.15 per day for thirty six days since 28 October 2015. The grand total is $520,830.89 as of today.

**3.** The Court will enter judgment for GE Capital for $520,830.89, a reasonable attorney's fee and costs as the Court may later award, and post-judgment interest as allowed by law.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 December 2015