IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GE CAPITAL COMMERCIAL, INC.                               PLAINTIFF

v.                        No. 3:15-cv-247-DPM

BLAND FAMILY FARMS, LLC;
SARAH BLAND; and JAMEY BLAND                              DEFENDANTS

## JUDGMENT

The Court enters judgment for GE Capital against Bland Family Farms, Sarah Bland, and Jamey Bland, jointly and severally, for $520,830.89, plus a reasonable attorney's fee and costs as the Court may later award. Post-judgment interest will accrue at 0.51% per annum from today until this Judgment is paid in full. 28. U.S.C. § 1961(a)–(b).

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2015