IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GE CAPITAL COMMERCIAL, INC.                                      PLAINTIFF

v.                              No. 3:15-cv-247- DPM

BLAND FAMILY FARMS, LLC;
SARAH BLAND; and JAMEY BLAND                                     DEFENDANTS

ORDER

GE Capital's motion for attorney's fees and expenses, № 12, is granted as modified. ARK. CODE ANN. § 16-22-308; *Chrisco v. Sun Industries, Inc.*, 304 Ark. 227, 229, 800 S.W.2d 717, 718–19 (1990). The time spent, and work done, was reasonable. The hourly rates, though, are more than normally charged in this District for this kind of work. The Court therefore reduces the hourly rates to $300 for Ziegenhorn, $225 for Jones, and $150 for Burgett. The approved total is $12,480 in fees. The $570 in expenses are reasonable. The Court awards $13,050 to GE Capital against Bland Family Farms, Sarah Bland, and Jamey Bland for attorney's fees and expenses reasonably incurred in collecting the debt.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 December 2015