IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GE CAPITAL COMMERCIAL, INC.                                      PLAINTIFF

v.                     No. 3:15-cv-247- DPM

BLAND FAMILY FARMS, LLC;
SARAH BLAND; and JAMEY BLAND                                    DEFENDANTS

## ORDER

Motion, № 17, granted. BMO Harris Bank N.A. is substituted for GE Capital Commercial, Inc. FED. R. CIV. P. 25(c). The Court waives the notice-of-hearing requirement—no hearing is needed. FED. R. CIV. P. 25(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2016