# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BMO HARRIS BANK N.A.                                    PLAINTIFF

v.                      No. 3:15-cv-247-DPM

BLAND FAMILY FARMS, LLC;
SARAH BLAND; and JAMEY BLAND                            DEFENDANTS

IBERIABANK                                              GARNISHEE

## ORDER

Garnishee Iberiabank is discharged.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

3 August 2017