## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BMO HARRIS BANK NA**                                        **PLAINTIFF**

**v.**                            **No. 3:15-cv-247-DPM**

**BLAND FAMILY FARMS, LLC; SARAH**
**BLAND; and JAMEY BLAND**                    **DEFENDANTS**

### ORDER

    **1.** G.E. Capital's first motion for service of a writ of execution, *Doc. 30*, is denied without prejudice. It was mooted by its second motion.

    **2.** G.E. Capital's second motion for service of a writ of execution, *Doc. 32*, is denied without prejudice. The Clerk issued a writ in June 2023. By its terms, though, the writ was valid for one year. *Doc. 29 at 1*. G.E. Capital did not move for service by the U.S. Marshal until November 2024. Plus, G.E. Capital argues that the Blands may have wages subject to collection. *Doc. 33 at 2*. Whatever cash they might have in their pockets on a given day would be subject to execution. But a writ of garnishment is the better way to reach wages. *E.g., Moory v. Quadras, Inc.*, 333 Ark. 624, 628, 970 S.W.2d 275, 277 (1998).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_8 January 2025_