IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BMO HARRIS BANK NA                                              PLAINTIFF

v.                         No. 3:15-cv-247-DPM

BLAND FAMILY FARMS, LLC; SARAH
BLAND; and JAMEY BLAND                                         DEFENDANTS

## ORDER

Guaranty Solutions Recovery Fund 1, LLC's application for a writ of garnishment, *Doc. 35*, is denied without prejudice. Please present a physical copy of any new application to the Clerk of Court. Local Rule 4.1(a).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2025